FILED BY ___ D.C.

05 MAY 31 PM 12:28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

DELL BLEDSOE, et al.              **JUDGMENT IN A CIVIL CASE**

VS

ELI LILLY AND COMPANY.            CASE NO: 05-2160 Ml/P

Upon dismissal by the plaintiffs:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) filed May 26, 2005, this case is DISMISSED without prejudice.

APPROVED:

_[signature]_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

May 3, 2005
Date

ROBERT R. DI TROLIO
_[signature]_
Clerk of Court

(By) _[signature]_ Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02160 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT